IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LEAH ROBERTS                              :
                                          :
v.                                        :   Civil No. CCB-11-1941
                                          :
ERIC HOLDER, *et al.*                     :

## ORDER

In accordance with the foregoing Memorandum, it is hereby ORDERED that:

1. Defendants' Motion for Remand and Dismiss Without Prejudice (ECF No. 9) IS **GRANTED**;

2. The case shall be **DISMISSED WITHOUT PREJUDICE** and **REMANDED** for adjudication by the U.S. Citizenship and Immigration Services within 60 days of this Order;

3. the Clerk shall **SEND** copies of this Order and the accompanying Memorandum to counsel of record; and

4. the Clerk shall **CLOSE** this case.

June 29, 2012                    _____/s/_____
Date                             Catherine C. Blake
                                 United States District Judge